UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NOVO NORDISK A/S and NOVO NORDISK INC.,

    Plaintiffs,

CIVIL ACTION NO. 8:24-cv-02884

v.

TOTAL VITALITY MEDICAL GROUP LLC,

    Defendant.

_____/

**SUMMONS IN A CIVIL ACTION**

**TO:** **TOTAL VITALITY MEDICAL GROUP LLC**
**℅ REGISTERED AGENT, TVMG**
**24945 US HWY 19 N**
**CLEARWATER, FL 33763**

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the Plaintiff an Answer to the attached Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

Jordan S. Cohen, Esquire @ Wicker Smith O'Hara McCoy & Ford, P.A.
515 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
(954) 847-4800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your Answer or motion with the Court.

*CLERK OF COURT*

*LisaSilvia*

Date: December 16, 2024

                                              *Signature of Clerk or Deputy Clerk*